## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**JOE HOUSTON, Individually,**

        **Plaintiff,**    Case No.: 3:17-cv-00477-MMH-JBT

v.

**T & M UNITED II, LLC**
**d/b/a SUNSHINE SUNOCO**

        **Defendants.**
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff, JOE HOUSTON, and Defendant, T & M UNITED II, LLC hereby stipulate to the dismissal of this case with prejudice pursuant to the Settlement Agreement entered into between them.

Agreed and stipulated to on the date(s) indicated below by the parties' endorsements below:

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/Thomas B. Bacon | By:/s/ Michael R. Gibbons _ |
|  | Michael R. Gibbons, FBN 0864625 |
| Thomas B. Bacon, Esq. | LOWNDES, DROSDICK, DOSTER, |
| Thomas B. Bacon, P.A. | KANTOR & REED, P.A. |
| 644 N. Mc Donald St. | 215 North Eola Drive |
| Mount Dora, FL 32757 | P.O. Box 2809 |
| ph. 954-478-7811 | Orlando, Florida 32802-2809 |
| tbb@thomasbaconlaw.com | michael.gibbons@lowndes-law.com |
| FBN: 139262 | litcontrol@lowndes-law.com |
|  | terri.bagley@lowndes-law.com |
|  | T:407-843-4600  F: 407-843-4444 |
|  | Attorneys for Defendant, T & M United II, LLC |