**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOE HOUSTON, individually,

    Plaintiff,

v.                                                                                  Case No.   3:17-cv-477-J-34JBT

T & M UNITED II, LLC,

    Defendant.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 10; Stipulation) filed on July 13, 2017.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of July, 2017.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record